Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| To: | CLERK, U.S. BANKRUPTCY COURT |
| Re: | UNDISTRIBUTED FUNDS |
| Debtor: | Michael Kewley<br>23625 Summit Dr<br>Calabasas, CA 91302 |
| Case No.: | SV18-10652-MB |

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| MICHAEL KEWLEY<br>23625 SUMMIT DR.<br>CALABASAS, CA 91302 | $ 7,791.66 |

Dated:  December 04, 2018

_Elizabeth F. Rojas_
Elizabeth F. Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

Check No.: 0991852
Check Date: 11/26/2018
Check Amt: 7,791.66

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1810652 | Claim #: 00000 | Michael Kewley | XXX-XX-9178 | 0.00 | 0.00 | 7,791.66 | 7,791.66 |
| | | TOTALS | | 0.00 | 0.00 | 7,791.66 | 7,791.66 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK
523 W. 6th Street, Suite 900
Los Angeles, CA 90014

16-4280/1220

CHECK DATE: Nov 26, 2018
CHECK NO.: 0991852

CHECK AMOUNT
$******7,791.66
VOID AFTER 60 DAYS

Kewley, Michael
Case No: 1810652

PAY ONLY  7,791.66
SEVEN COMMA SEVEN NINE ONE PERIOD SIX SIX

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $7,791.66

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0991852⑈ ⑆122042807⑆ 03998548⑈